## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:14–cv–00425–LHK

Chang v. Biosuccess Biotech, Co. Ltd. et al  
Assigned to: Hon. Lucy H. Koh  
Referred to: Magistrate Judge Paul Singh Grewal (Settlement)  
Demand: $419,000  
 Case in other court:   Superior Court of Santa Clara, 114CV258568  
Cause: 28:1332 Diversity–(Citizenship)  

Date Filed: 01/28/2014  
Date Terminated: 05/30/2014  
Jury Demand: Both  
Nature of Suit: 790 Labor: Other  
Jurisdiction: Diversity  

**Plaintiff**

**Ben Chang**    represented by **Jack Russo**  
Entrepreneur Law Group LLP  
401 Florence Street  
Palo Alto, CA 94301  
650–327–9800  
Fax: 650–618–1863  
Email: jrusso@computerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Christopher Joseph Sargent**  
Entrepreneur Law Group LLP  
401 Florence Street  
Palo Alto, CA 94301  
650–617–0240  
Fax: 650–618–1863  
Email: csargent@computerlaw.com  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Biosuccess Biotech, Co. Ltd.**    represented by **Enoch H Liang**  
*a Cayman Islands corporation*    Lee Tran &Liang APLC  
702 Mrshall Street  
Suite 411  
Redwood City, CA 94062  
650–241–2138  
Fax: 213–612–3773  
Email: enoch.liang@ltlattorneys.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

**Heather Fai Auyang**  
Lee Tran &Liang APLC  
601 S. Figueroa Street  
Suite 3900  
Los Angeles, CA 90017

        213−612−8900
        Fax: 213−612−3773
        Email: heather.auyang@ltlw.com
        *ATTORNEY TO BE NOTICED*

        **Lisa Jennifer Chin**
        Lee Tran &Liang LLP
        601 Gateway Blvd
        Suite 1010
        South San Francisco, CA 94080
        650−241−2139
        Email: lisa.chin@ltlattorneys.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Biosuccess Biotech, Co. Ltd.**     represented by    **Heather Fai Auyang**
*a Nevada corporation*         (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Lisa Jennifer Chin**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Enoch H Liang**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Chi−Ming Wu**     represented by    **Enoch H Liang**
*also known as*         (See above for address)
Fred Wu         *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Heather Fai Auyang**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Lisa Jennifer Chin**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Zheng Tao Han**     represented by    **Enoch H Liang**
*an Individual*         (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Heather Fai Auyang**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Lisa Jennifer Chin**
        (See above for address)

*ATTORNEY TO BE NOTICED*

**Counter−claimant**

**Biosuccess Biotech, Co. Ltd.**  represented by  **Heather Fai Auyang**
*a Nevada corporation* (See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Jennifer Chin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Enoch H Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter−claimant**

**Biosuccess Biotech, Co. Ltd.**  represented by  **Heather Fai Auyang**
*a Cayman Islands corporation* (See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Jennifer Chin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Enoch H Liang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter−defendant**

**Ben Chang**  represented by  **Jack Russo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Joseph Sargent**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2014 | 1 | NOTICE OF REMOVAL from Superior Court of California for the County of Santa Clara. Their case number is 114CV258568. (Filing fee $400 receipt number 0971−8330905). Filed by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ). (Attachments: # 1 Exhibits 1 − 8 to Notice of Removal, # 2 Civil Cover Sheet, # 3 Corporate Disclosure Statement and Certification of Interested Entities or Persons)(Liang, Enoch) (Filed on 1/28/2014) Modified on 1/29/2014 Attachment #3 improperly linked to doc. #1 (dhmS, COURT STAFF). (Entered: 01/28/2014) |
| 01/29/2014 | 2 | Case assigned to Hon. Lucy H. Koh and Magistrate Judge Paul Singh Grewal. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (sv, COURT STAFF) (Filed on 1/29/2014) (Entered: 01/29/2014) |
| 01/29/2014 | Ï 3 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 5/7/2014. Case Management Conference set for 5/14/2014 02:00 PM in Courtroom 8, 4th Floor, San Jose. (dhmS, COURT STAFF) (Filed on 1/29/2014) (Entered: 01/29/2014)** |
| 01/29/2014 | Ï 4 | Application for Refund, Receipt Number 25E5KAFU by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ). (Liang, Enoch) (Filed on 1/29/2014) (Entered: 01/29/2014) |
| 01/29/2014 | Ï 5 | CERTIFICATE OF SERVICE by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ) re 1 Notice of Removal,, (Liang, Enoch) (Filed on 1/29/2014) (Entered: 01/29/2014) |
| 02/12/2014 | Ï 6 | MOTION to Remand filed by Ben Chang. Motion Hearing set for 6/5/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 2/26/2014. Replies due by 3/5/2014. (Attachments: # 1 Proposed Order)(Russo, Jack) (Filed on 2/12/2014) (Entered: 02/12/2014) |
| 02/12/2014 | Ï 7 | Declaration of Ben Chang in Support of 6 MOTION to Remand filed byBen Chang. (Related document(s) 6 ) (Russo, Jack) (Filed on 2/12/2014) (Entered: 02/12/2014) |
| 02/12/2014 | Ï 8 | Declaration of Christopher Sargent in Support of 6 MOTION to Remand filed byBen Chang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(Related document(s) 6 ) (Russo, Jack) (Filed on 2/12/2014) (Entered: 02/12/2014) |
| 02/12/2014 | Ï 9 | Declaration of Boris Lubarsky in Support of 6 MOTION to Remand filed byBen Chang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 6 ) (Russo, Jack) (Filed on 2/12/2014) (Entered: 02/12/2014) |
| 02/26/2014 | Ï 10 | OPPOSITION to ( 6 MOTION to Remand ) filed by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ). (Attachments: # 1 Declaration of Chi−Ming "Fred" Wu, # 2 Declaration of Kung−Tan "Joshua" Chu, # 3 Declaration of Enoch H. Liang, # 4 Exhibit A to Liang Declaration, # 5 Exhibit B to Liang Declaration, # 6 Exhibit C to Liang Declaration)(Liang, Enoch) (Filed on 2/26/2014) Modified text on 2/27/2014 (dhmS, COURT STAFF). (Entered: 02/26/2014) |
| 03/05/2014 | Ï 11 | REPLY in Support of ( 6 MOTION to Remand ) filed by Ben Chang. (Sargent, Christopher) (Filed on 3/5/2014) Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered: 03/05/2014) |
| 03/05/2014 | Ï 12 | Declaration of Christopher Sargent in Support of 11 Reply re Motion to Remand filed by Ben Chang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 11 ) (Sargent, Christopher) (Filed on 3/5/2014) Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered: 03/05/2014) |
| 03/13/2014 | Ï 13 | NOTICE of Change of Address by Jack Russo (Russo, Jack) (Filed on 3/13/2014) (Entered: 03/13/2014) |
| 03/25/2014 | Ï 14 | CLERKS NOTICE CONTINUING CASE MANAGEMENT CONFERENCE TO DATE OF |

| | | |
|---|---|---|
| | | MOTION HEARING Case Management Statement due by 5/29/2014. Case Management Conference set for 6/5/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose. *****THIS IS A TEXT−ONLY NOTICE. THERE IS NO DOCUMENT ASSOCIATED WITH THIS DOCKET ENTRY***** (mpb, COURT STAFF) (Filed on 3/25/2014) (Entered: 03/25/2014) |
| 04/14/2014 | 15 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* byBiosuccess Biotech, Co. Ltd.(a Nevada corporation ), Biosuccess Biotech, Co. Ltd.(a Cayman Islands corporation ). (Liang, Enoch) (Filed on 4/14/2014) (Entered: 04/14/2014) |
| 04/14/2014 | 16 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* byZheng Tao Han. (Liang, Enoch) (Filed on 4/14/2014) (Entered: 04/14/2014) |
| 04/14/2014 | 17 | ANSWER to Complaint with Jury Demand *and Affirmative Defenses* byChi−Ming Wu. (Liang, Enoch) (Filed on 4/14/2014) (Entered: 04/14/2014) |
| 04/14/2014 | 18 | COUNTERCLAIM against Ben Chang. Filed byBiosuccess Biotech, Co. Ltd.(a Nevada corporation ), Biosuccess Biotech, Co. Ltd.(a Cayman Islands corporation ). (Liang, Enoch) (Filed on 4/14/2014) (Entered: 04/14/2014) |
| 04/16/2014 | 19 | **Order by Hon. Lucy H. Koh denying 6 Motion to Remand. (lhklc1, COURT STAFF) (Filed on 4/16/2014) (Entered: 04/16/2014)** |
| 04/16/2014 | 20 | Refund re 4 Application for Refund approved. (dhmS, COURT STAFF) (Filed on 4/16/2014) (Entered: 04/17/2014) |
| 04/25/2014 | 21 | APPLICATION for Writ of Attachment and Right to Attach Order by Ben Chang. (Attachments: # 1 Proposed Order as to Defendant Biosuccess Biotech, Co., Ltd., # 2 Proposed Order as to Defendant Chi−Ming (Fred) Wu)(Russo, Jack) (Filed on 4/25/2014) (Entered: 04/25/2014) |
| 04/25/2014 | 22 | Declaration of Jack Russo in Support of 21 Application for Writ, filed byBen Chang. (Attachments: # 1 Exhibit 1)(Related document(s) 21 ) (Russo, Jack) (Filed on 4/25/2014) (Entered: 04/25/2014) |
| 04/25/2014 | 23 | Declaration of Ben Chang in Support of 21 Application for Writ, filed byBen Chang. (Attachments: # 1 Exhibit 1)(Related document(s) 21 ) (Russo, Jack) (Filed on 4/25/2014) (Entered: 04/25/2014) |
| 05/07/2014 | 24 | MOTION to Transfer Case *(Brought by All Defendants) to the Central District of California Where Related Cases are Pending Before Judge Kronstadt* filed by Biosuccess Biotech, Co. Ltd.(a Cayman Islands corporation ). Motion Hearing set for 8/28/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 5/21/2014. Replies due by 5/28/2014. (Attachments: # 1 Declaration, # 2 Proposed Order)(Liang, Enoch) (Filed on 5/7/2014) (Entered: 05/07/2014) |
| 05/07/2014 | 25 | Ex Parte MOTION to Shorten Time *to Advance Hearing Date on Defendants' Motion to Transfer to Central District to June 5, 2014* filed by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ). (Attachments: # 1 Declaration, # 2 Proposed Order)(Liang, Enoch) (Filed on 5/7/2014) (Entered: 05/07/2014) |
| 05/08/2014 | 26 | **Order by Hon. Lucy H. Koh granting 25 Motion to Shorten Time. (lhklc1, COURT STAFF) (Filed on 5/8/2014) (Entered: 05/08/2014)** |
| 05/08/2014 | 27 | MOTION to Dismiss Defendant's Counterclaims Under Rule 12(B)(6) filed by Ben Chang. Motion Hearing set for 8/28/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 5/22/2014. Replies due by 5/29/2014. (Attachments: # 1 Proposed Order)(Russo, Jack) (Filed on 5/8/2014) Modified text on 5/12/2014 (dhmS, COURT STAFF). (Entered: 05/08/2014) |

| | | |
|---|---|---|
| 05/08/2014 | 28 | Request for Judicial Notice re 27 MOTION to Dismiss filed byBen Chang. (Attachments: # 1 Exhibit 1)(Related document(s) 27 ) (Russo, Jack) (Filed on 5/8/2014) (Entered: 05/08/2014) |
| 05/08/2014 |  | Set/Reset Deadlines as to 24 MOTION to Transfer Case *(Brought by All Defendants) to the Central District of California Where Related Cases are Pending Before Judge Kronstadt*. Motion Hearing set for 6/5/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (mpb, COURT STAFF) (Filed on 5/8/2014) (Entered: 05/12/2014) |
| 05/09/2014 | 29 | OPPOSITION to 21 Application for Right to Attach Order by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ). (Attachments: # 1 Declaration of Enoch H. Liang, # 2 Declaration of Fred Wu, # 3 Proposed Order)(Liang, Enoch) (Filed on 5/9/2014) Modified text on 5/12/2014 (dhmS, COURT STAFF). (Entered: 05/09/2014) |
| 05/16/2014 | 30 | REPLY in Support of 21 Notice of Application and hearing for Right to Attach Order, Writ of Attachment by Ben Chang. (Russo, Jack) (Filed on 5/16/2014) Modified text on 5/19/2014 (dhmS, COURT STAFF). (Entered: 05/16/2014) |
| 05/21/2014 | 31 | ADR Clerks Notice re: Non−Compliance with Court Order. (tjs, COURT STAFF) (Filed on 5/21/2014) (Entered: 05/21/2014) |
| 05/21/2014 | 32 | Ex Parte Application for Order Setting Briefing Schedule on Plaintiff's Motion to Dismiss Counterclaims (Dkt No. 27 ) in Light of the June 5 Hearing on Motion to Transfer Venue filed by Biosuccess Biotech, Co. Ltd.(a Nevada corporation ), Biosuccess Biotech, Co. Ltd.(a Cayman Islands corporation ), Zheng Tao Han, Chi−Ming Wu. (Attachments: # 1 Declaration of Enoch Liang, # 2 Proposed Order)(Liang, Enoch) (Filed on 5/21/2014) Modified on 5/22/2014 linking entry to document #27 (dhmS, COURT STAFF). (Entered: 05/21/2014) |
| 05/21/2014 | 33 | NOTICE of need for ADR Phone Conference (ADR L.R. 3−5 d) (Sargent, Christopher) (Filed on 5/21/2014) (Entered: 05/21/2014) |
| 05/21/2014 | 34 | OPPOSITION to ( 24 MOTION to Transfer Case *(Brought by All Defendants) to the Central District of California Where Related Cases are Pending Before Judge Kronstadt* ) filed by Ben Chang. (Sargent, Christopher) (Filed on 5/21/2014) Modified text on 5/22/2014 (dhmS, COURT STAFF). (Entered: 05/21/2014) |
| 05/21/2014 | 35 | Declaration of Christopher Sargent in Support of 34 Opposition to Motion to Transfer filed by Ben Chang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Sargent, Christopher) (Filed on 5/21/2014) Modified on 5/22/2014 linking entry to document #34 (dhmS, COURT STAFF). (Entered: 05/21/2014) |
| 05/21/2014 | 36 | Request for Judicial Notice re 34 Opposition/Response to Motion filed byBen Chang. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Related document(s) 34 ) (Sargent, Christopher) (Filed on 5/21/2014) (Entered: 05/21/2014) |
| 05/21/2014 | 37 | Proposed Order re 34 Opposition/Response to Motion by Ben Chang. (Sargent, Christopher) (Filed on 5/21/2014) (Entered: 05/21/2014) |
| 05/22/2014 | 38 | ADR Clerks Notice Setting ADR Phone Conference on Wednesday, June 4, 2014 at 3:30 PM Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (af, COURT STAFF) (Filed on 5/22/2014) (Entered: 05/22/2014) |
| 05/22/2014 | 39 | RESPONSE (re 32 Ex Parte Application *for Order Setting Briefing Schedule on Plaintiff's Motion to Dismiss Counterclaims [Dkt No. 27] in Light of the June 5 Hearing on Motion to Transfer Venue* ) filed byBen Chang. (Sargent, Christopher) (Filed on 5/22/2014) (Entered: 05/22/2014) |
| 05/28/2014 | 40 | REPLY (re 24 MOTION to Transfer Case *(Brought by All Defendants) to the Central District of California Where Related Cases are Pending Before Judge Kronstadt* ) filed byBiosuccess |

| | | |
|---|---|---|
| | | Biotech, Co. Ltd.(a Nevada corporation ), Biosuccess Biotech, Co. Ltd.(a Cayman Islands corporation ), Zheng Tao Han, Chi–Ming Wu. (Attachments: # 1 Request for Judicial Notice)(Liang, Enoch) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/29/2014 | Ï 41 | JOINT CASE MANAGEMENT STATEMENT filed by Ben Chang. (Russo, Jack) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 42 | REPLY (re 27 MOTION to Dismiss ) filed byBen Chang. (Russo, Jack) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/30/2014 | Ï 43 | **Order by Hon. Lucy H. Koh granting 24 Motion to Transfer Case. (lhklc1, COURT STAFF) (Filed on 5/30/2014) (Entered: 05/30/2014)** |
| 06/02/2014 | Ï | CLERKS NOTICE Vacating hearing dates. ****THIS IS A TEXT–ONLY ENTRY. THERE IS NO DOCUMENT ASSOCIATED WITH THIS ENTRY*** (lhklc1, COURT STAFF) (Filed on 6/2/2014) Modified on 6/2/2014 (lhklc1, COURT STAFF). (Entered: 06/02/2014) |