UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 14-04446 DDP (ASx)**                                              Dated: June 12, 2014

Title:    BEN CHANG -v- BIOSUCCESS BIOTECH, CO., LTD., a Cayman Islands corporation; BIOSUCCESS BIOTECH CO., LTD, a Nevada corporation; CHI-MING WU, aka FRED WU; ZHENG TAO HAN, an individual

===================================================================

PRESENT:    HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                              <u>None Present</u>
Courtroom Deputy                                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                                           None

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

    This action has been assigned to the calendar of Judge Dean D. Pregerson.  Counsel are encouraged to review the Central District's website for additional information.  The address is **"http://www.cacd.uscourts.gov"**.  It is not necessary to clear a motion date with the Court Clerk prior to filing the motin. The Court hears motions only on Mondays at 10:00 a.m.

    Concerning Mandatory Courtesy Copies, the Court requires delivery to Room 244-J (blue back optional) <u>only</u> the following filed documents, no later than the next business day after filing:

(1)    Courtesy copies of any e-filed initiating Complaints or Notices of Removal are to be delivered within 48 hours of said filing.

<u>*[Exhibits and attachments **must** be separately tabbed]*</u>.

(2)    All noticed motions and related documents* (2 copies);

<u>*[Exhibits and attachments **must** be separately tabbed]*</u>.

(3)    All *ex parte* applications and related documents* (2 copies); and

<u>*[Exhibits and attachments **must** be separately tabbed]*</u>.

    *[WHEN IN DOUBT deliver a courtesy copy.]*

    **\*\*Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.**

MINUTES FORM 11                                                                  Initials of Deputy Clerk __JAC_____
CIVIL -- GEN