1  LEE TRAN & LIANG LLP
   Enoch H. Liang (SBN 212324)
2  enoch.liang@ltlattorneys.com
   Heather F. Auyang (SBN 191776)
3  heather.auyang@ltlw.com
   Lisa J. Chin (SBN 259793)
4  lisa.chin@ltlattorneys.com
   601 S. Figueroa Street, Suite 3900
5  Los Angeles, CA 90017
   Telephone: (213) 612-3737
6  Facsimile: (213) 612-3773

7  Attorneys for Defendants and
   Counterclaimants
8

9             UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 **BEN CHANG**, an Individual          Case No. 2:14-CV-04446-DDP-AS

              Plaintiff,                 Honorable Dean D. Pregerson
13
         v.
14                                       **NOTICE OF RELATED CASES**
   **BIOSUCCESS BIOTECH, CO., LTD**., a
15 Cayman Islands Corporation, and
   **BIOSUCCESS BIOTECH, CO., LTD**., a
16 Nevada Corporation; **CHI-MING WU
   A/K/A FRED WU**, an Individual;
17 **ZHENG TAO HAN**, an individual; and
   DOES 1 through 50,
18
              Defendants.
19
   _____
20

21 **BIOSUCCESS BIOTECH, CO., LTD**., a
   Cayman Islands Corporation, and
22 **BIOSUCCESS BIOTECH, CO., LTD**., a
   Nevada Corporation,
23
              Counterclaimants,
24       v.

25 **BEN CHANG**, an Individual

26            Counterclaim Defendant.

27

28

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the following cases that was previously filed in this Court are related to the instant case in that the matters are closely interrelated, including involving the same or a closely related transactions, happenings or events, calling for the determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges. The instant case involves the same intellectual property and contracts.

The related case includes the following consolidated cases:

- *Richard L Chang v. Biosuccess Biotech Co. Ltd. et al*, Lead Case No. CV13-01340 JAK (ANx) [[Consolidated with *Biosuccess v. Rich Pharmaceuticals, Imagic LLC, Richard L. Chang Holdings, and Ben Chang*, Case No. CV14-00310 JAK (ANx)]].

The present case was transferred from the Northern District of California [Case No.: 5: 14-CV-00425-LHK] by an Order dated May 30, 2014. [Dkt No. 43]. In granting transfer, the Court found that the present case is indeed related to the consolidated cases listed above.

First, Judge Koh found that there is "substantial overlap between the subject matters of the two Central District actions and the instant case. All three cases arise out of various employment relationships between the Changs [Richard Chang and Ben Chang] and the Biosuccess entities. The overlapping nature of the cases has already started to raise issues that would be better resolved by a single judge." [Dkt No. 43 at 4:20-5:6]. Further, Judge Koh determined that the "discovery in the instant case will likely duplicate substantial discovery already produced in the Central District actions." [Dkt No. 43 at 5:7-16].

Finally, Judge Koh, noting the familiarity of Judge Kronstadt with the parties

and issues, summarized her decision:

> In sum, Ben Chang, Richard Chang, Biosuccess, and Biosuccess's officers have four actions in federal court pending before three judges in two districts about a set of disputes arising out of the same employment relationships . . . . Moreover, the Central District of California case has progressed to a much later stage, and <u>Judge Kronstadt</u> is familiar with the parties and issues. Accordingly, the Court in its discretion finds that transferring the case to the Central District, where Plaintiff resides and where the earliest filed action is pending, will be the most efficient course and serve the interest of justice.

[Dkt No. 43 at 6: 1-8 (emphasis added)].

Dated: June 17, 2014           **LEE TRAN & LIANG LLP**

By: /s/ Enoch H. Liang
    Enoch H. Liang
Attorneys for Defendants and
Counterclaimants