# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ben Chang | CASE NUMBER |
|---|---|
| | CV 14-04446 DDP(ASx) |
| v. PLAINTIFF(S) | |
| Biosuccess Biotech, Co. Ltd. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_June 26, 2014_          _John A. Kronstadt_ [signature]
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____            _____
Date                                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  _CV 13-01340 JAK(ANx)_  and the present case:

☐ A.  Arise from the same or closely related transactions, happenings or events; or

☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___Sagar___ to Magistrate Judge ___Nakazato___.

On all documents subsequently filed in this case, please substitute the initials ___JAK(ANx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 14-04446 JAK(ANx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge     ☐ Statistics Clerk